IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| HOLLY BRANHAM,<br><br>         *Plaintiff,*<br><br>   v.<br><br>DOLGENCORP, INC.,<br><br>         *Defendant.* | CIVIL NO. 6:09-CV-00037<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

  Defendant Dolgencorp, Inc. timely removed this action from state court and filed a Motion to Dismiss on June 30, 2009 [docket no. 3].  The Plaintiff is hereby ORDERED to file its response to the Defendants' motion within 14 days of the date of this Order.  If the Plaintiff fails to respond, the Court may grant the Defendant's motion as unopposed.  The Defendants may file a reply within 7 days of the date of filing of Plaintiff's response.

  The parties are further ORDERED to contact this Court's Scheduling Clerk, Fay Coleman, within 10 days of the date of this Order to either request a hearing on the motion or to notify the Court that the motion may be decided without a hearing.

  It is so ORDERED.

  The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record, and to Plaintiff's counsel as listed on the Complaint filed in state court.

  ENTERED:  This 13th Day of July, 2009.

                          NORMAN K. MOON
                          UNITED STATES DISTRICT JUDGE