IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| HOLLY BRANHAM, <br><br> Plaintiff, <br><br> v. <br><br> DOLGENCORP, INC., <br><br> Defendant. | CIVIL NO. 6:09-CV-00037 <br><br><br> ORDER <br><br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on the Defendant's Motion to Dismiss (docket no. 3). For the reasons stated in the accompanying Memorandum Opinion, the Defendant's motion is hereby GRANTED. The Plaintiff may file an Amended Complaint within 15 days of the date of entry of this Order.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 24th Day of August, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE