VIRGINIA:

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF

VIRGINIA, LYNCHBURG DIVISION

HOLLY BRANHAM,                                                                               Plaintiff,

   v.                                                                            Civil Action #6:09-cv-00037

DOLGENCORP, INC.                                                                          Defendant,
D/B/A Dollar General Store
A Kentucky Corporation

## INITIAL DISCLOSURE BY RULE 26(a) (1)

THE PLAINTIF is aware of the following witnesses of the facts or injuries to the

Plaintiff.

Holly Branham, the Plaintiff
129 Leisure Lane
Gladstone, Virginia 24553
Cell # 1-434-941-0181

Tammy Branham, Plaintiff's sister who witnesses sister fall at the Dollar General Store.
2188 River Road
Madison Heights, Virginia 24572
Telephone # 1-434-401-6196

## HOLLY'S DOCTORS

Dr. Frank Garcia-Dr. Susan Hundley
4262 South Amherst Highway
Madison Heights, Virginia 24572
Telephone # 1-434-846-8421

## ADD DAMAGES

$300,000 Damages will be all bills incurred for medical treatment; my injuries sustained in the accident; and the pain, suffering; and loss of activities.

My medical treatment and bills were incurred at:

Centra Health; Plaintiff received physical therapy, Centra Health was in Lynchburg but have moved, Plaintiff's Attorney to locate all bills, Plaintiff will forward bills to Defendant.

Doctor Michael J. Diminick
A $175.00 charge
Orthopedic Center of Central Virginia
2405 Athenholt Road Lynchburg, Virginia
Telephone # 1-434-485-8598

Monelison Family Physicians
4262 South Amherst Highway
Madison Heights, Virginia 24572
Telephone # 1-434-846-8421

Radiology Consultants
113 Nationwide Drive
Lynchburg, Virginia 24501
Telephone # 1-434-237-4004

My injuries were L1 and L2 bulging disk; numbness in my legs when I drive an automobile. I cannot swim; sit in bathtub, stand for a long period of time, cannot do sports all because of fall.

_____

Holly Branham
By Counsel
Robert S. Ganey
P.O. Box 174
Hanover, Virginia 23069
Telephone # 804-627-2723
Email: robertsganey@aol.com
Virginia Bar # 13936

## CERTIFICATE OF SERVICE

    I Robert Ganey hereby certify that a true copy of the foregoing complaint was sent by Email to James G. Muncie Jr.  jmuncie@midkifflaw.com and by first class mail to James G. Muncie 300 Arboretum Place Richmond, Virginia 23236 on 9/8/2009.

_____

Robert S. Ganey