IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| HOLLY BRANHAM,<br><br>*Plaintiff,*<br><br>v.<br><br>DOLGENCORP, INC.,<br><br>*Defendant.* | CIVIL NO. 6:09-CV-00037<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On August 24, 2009, I granted Defendant's motion to dismiss, and granted Plaintiff fifteen days to file an amended complaint. On the fifteenth day, September 8, 2009, Plaintiff filed a letter with this court [docket no. 31] stating that the Plaintiff required one additional day to file her amended complaint. Apparently, the paralegal for plaintiff's counsel had suffered an injury on September 8 and required hospitalization. The following day, September 9, 2009, the Plaintiff filed an amended complaint.

I construe Plaintiff's letter of September 8 as a request for a one day extension of time, and I hereby grant that request. Accordingly, Plaintiff's complaint filed on September 9, 2009 is considered to be timely filed.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: This 11th Day of September, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE