**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**

HOLLY BRANHAM                    NOTICE

          v.                     **CASE NO.:** 6:09CV00037

DOLGENCORP, INC.

---

**TYPE OF CASE:**
                CIVIL            **X**    CRIMINAL

---

**X    TAKE NOTICE** that a proceeding in this case has been set for
the place, date, and time set forth below:

---

**PLACE:**
**U. S. DISTRICT COURT**
**1101 Court Street**              **DATE:  7 OCT 2009**
**Lynchburg, VA**                  **TIME:  1:00 PM**

---

**TYPE OF PROCEEDING:**

**HEARING ON MOTION TO DISMISS - PLEASE BE ADVISED THIS HEARING
HAS BEEN CANCELLED**

---

                        **JOHN F. CORCORAN, CLERK OF COURT**

DATE:  September 28, 2009        By: /s/ H. Wheeler
                                     DEPUTY CLERK
To:  All counsel
     File
     Norman K. Moon, U.S. District Judge
     Brenda Dameron, Deputy Clerk