IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| HOLLY BRANHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 6:09cv37-NKM-MFU |
| ) | |
| DOLGENCORP, INC., *etc.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties, Holly Branham and Dolgencorp, Inc., stipulate to the dismissal with prejudice of the pending action.

ENTERED:    /    /

_____
United States District Judge

Agreed:

| | |
|---|---|
| /s/ Kevin T. Streit | /s/ Robert S. Ganey |
| James G. Muncie, Jr. (VSB No. 28660) | Robert S. Ganey (VSB No. 13936) |
| Kevin T. Streit (VSB No. 45024) | Post Office Box 174 |
| Midkiff, Muncie & Ross, P.C. | Hanover, Virginia 23069 |
| 300 Arboretum Place, Suite 420 | robertsganey@aol.com |
| Richmond, Virginia 23236 | *Counsel for Holly Branham* |
| jmuncie@midkifflaw.com | |
| kstreit@midkifflaw.com | |
| *Counsel for Dolgencorp, Inc.* | |