IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

HOLLY BRANHAM,

    Plaintiff,

v.

    C.A. No. 6:09cv37-NKM-MFU

DOLGENCORP, INC., *etc.*,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties, Holly Branham and Dolgencorp, Inc., stipulate to the dismissal with prejudice of the pending action.

ENTERED: 2 / 8 / 2010

_____
United States District Judge

Agreed:

/s/ Kevin T. Streit
James G. Muncie, Jr. (VSB No. 28660)
Kevin T. Streit (VSB No. 45024)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia 23236
jmuncie@midkifflaw.com
kstreit@midkifflaw.com
*Counsel for Dolgencorp, Inc.*

/s/ Robert S. Ganey
Robert S. Ganey (VSB No. 13936)
Post Office Box 174
Hanover, Virginia 23069
robertsganey@aol.com
*Counsel for Holly Branham*